This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**PATRICIA ROBERTSON,**

Plaintiff-Appellee,

**v.**                                   **No. 33,597**

**JMF TRANS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Kevin L. Fitzwater, District Judge**

Patricia Robertson
Albuquerque, NM

Pro Se Appellee

John Mangan
Albuquerque, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

IT IS SO ORDERED.


_____
CYNTHIA A. FRY, Judge

WE CONCUR:



_____
JONATHAN B. SUTIN, Judge


_____
TIMOTHY L. GARCIA, Judge

2